IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY RAY PATTON, 1135013, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:06-CV-424-P |
| | ) | (Consolidated with |
| NATHANIEL QUARTERMAN, Director | ) | 3:06-CV-425-P |
| Texas Department of Criminal Justice, | ) | 3:06-CV-426-P |
| Correctional Institutions Division | ) | 3:06-CV-430-P) |
| Respondent. | ) | ECF |
| | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.  Petitioner's motion for stay or abeyance is hereby DENIED

Signed this 20th day of July 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE